# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN DESTINEY KEENEY, | ) **Case No.: 2:10-CV-01723** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| PALISADES COLLECTION, LLC, | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

\_/s/ Craig Thor Kimmel_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of June 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Jonathan J. Greystone, Esq.
Spector, Gadon & Rosen, P.C.
1635 Market St., 7th Floor
Philadelphia, PA 19103

        <u>/s/ Craig Thor Kimmel</u>
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002